Daniel D. SAMUELS v. UNITED STATES.

No. 6300.

Circuit Court of Appeals, Sixth Circuit.

Oct. 4, 1932.

Edw. N. Barnard, of Detroit, Mich., for appellant.

Gregory H. Frederick, U. S. Atty., and Wm. G. Comb, Asst. U. S. Atty., both of Detroit, Mich.

PER CURIAM.

Docketed and dismissed pursuant to motion of counsel for appellee.

Carl A. SCHUG, Trustee in Bankruptcy of WINNER–FRANCK BAKING COMPANY, Appellant, v. Norman S. CALDWELL, Joseph W. Franck, et al., Appellees.

No. 4928.

Circuit Court of Appeals, Third Circuit.

Nov. 29, 1932.

A. R. Jackson, of Williamsport, Pa., for appellant.

John E. Cupp and Mortimer C. Rhone, both of Williamsport, Pa., for appellees.

Before WOOLLEY, DAVIS, and THOMPSON, Circuit Judges.

PER CURIAM.

Affirmed on Judge Johnson's opinion [58 F.(2d) 409].

LeRoy G. SCOTT, Appellant, v. Frank GRETEN.

No. 9466.

Circuit Court of Appeals, Eighth Circuit.

July 28, 1932.

George J. Danforth and Holton Davenport, both of Sioux Falls, S. D., for appellant.

C. C. Putnam, Max Putnam, and L. S. Forrest, all of Des Moines, Iowa, and Charles F. Stilwell, of Sioux City, Iowa, for appellee.

PER CURIAM.

Appeal dismissed, without costs to either party in this court, per stipulation of parties.

Herbert Ezra SERVICE v. UNITED STATES.

No. 6307.

Circuit Court of Appeals, Sixth Circuit.

Oct. 4, 1932.

Harry S. Bennett, of Detroit, Mich., for appellant.

Gregory H. Frederick, U. S. Atty., and Merrill G. Miner, Asst. U. S. Atty., both of Detroit, Mich.

PER CURIAM.

Docketed and dismissed pursuant to motion of counsel for appellee.